FILED
2023 JAN 19 03:30 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-01190-2 KNT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| CHARLOTTE ROSTED, an individual, | No. |
| Plaintiff, | COMPLAINT FOR PERSONAL INJURIES AND DAMAGES |
| v. | |
| PORT OF SEATTLE, a municipal corporation doing business in the State of Washington, | |
| Defendant. | |

COME NOW Plaintiff, by and through her attorneys, Becker Franklin Rovang, PLLC, and allege as a complaint against the above-captioned Defendant as follows:

## I.  JURISDICTION AND VENUE

1.1  The above-entitled Court has jurisdiction over this matter.

1.2  Venue is proper for all claims raised herein.

## II.  PARTIES

2.1  Plaintiff was a resident of Hawaii County, State of Hawaii, at all times material hereto.

2.2  Defendant PORT OF SEATTLE was a municipal corporation doing business in King County, State of Washington.

COMPLAINT FOR PERSONAL INJURIES
AND DAMAGES - 1

**BECKER FRANKLIN ROVANG, PLLC**
1730 Pottery Avenue, Suite 210
Port Orchard, WA 98366
TEL: (360) 876-4800 FAX: (360) 602-0479

III.  FACTS

3.1  On December 31, 2019, Plaintiff was a passenger on an escalator at Seattle-Tacoma International Airport ("SEA-TAC").

3.2.  When Plaintiff CHARLOTTE ROSTED reached the end of the escalator she prepared to step off.  As she moved from the end of the escalator to the floor, part of her shoe or clothing was caught in the escalator mechanism.

3.3  Plaintiff CHARLOTTE ROSTED fell to the ground, causing her to suffer injuries that included facial contusions, a concussion, and a dislocated left clavicle.

3.4  The escalator was owned and operated by Defendant, which operated the structure known as Seattle-Tacoma International Airport (SEA-TAC), located in King County, Washington.

3.5  Plaintiff properly filed a tort claim for damages with Defendant.

3.6  Defendant received Plaintiff's tort claim on November 14, 2022.

3.7  60 days have passed prior to filing this lawsuit against Defendant.

IV. NEGLIGENCE

4.1  Defendant, as a common carrier, owed their escalator passengers, including Plaintiff, the highest duty of care for safety.

4.2  Defendant breached this duty of care by:

   a.  Failing to properly install the escalators;

   b.  Failing to make a reasonable inspection of the escalators for defects, thereby rendering them unsafe;

   c.  Failing to maintain its escalators free from defects which it knew or should have known existed at the time of Plaintiff's injuries;

   d.  Failing to properly repair and correct escalator defects, which defendant knew or should

COMPLAINT FOR PERSONAL INJURIES
AND DAMAGES - 2

BECKER FRANKLIN ROVANG, PLLC
1730 Pottery Avenue, Suite 210
Port Orchard, WA 98366
TEL: (360) 876-4800 FAX: (360) 602-0479

have known existed at the time of Plaintiff's injuries;

    e. Failing to adequately warn escalator users of the escalator's defects, which Defendant knew or should have known existed at the time of Plaintiff's injuries; and

    f. Failing to take the escalator out of use while it was operating in an unsafe manner.

4.3  Defendant's negligence proximately caused Plaintiff's injuries.

4.4  Plaintiff was exercising ordinary care at the time and could not have reasonably contemplated the negligence of Defendant, and therefore Defendant is liable for Plaintiff's injuries and damages resulting from the December 31, 2019 incident described above.

## V.  PRAYER FOR RELIEF

WHEREFORE Plaintiff seeks the following relief and prays for judgment against Defendant as follows:

    a)  For a judgment of liability against Defendant for the tortious conduct described herein;

    b)  For a full award of economic and non-economic damages suffered by Plaintiff;

    c)  For an award of taxable costs;

    d)  For an award of reasonable attorneys' fees;

    e)  For pre-judgment interest on such economic and non-economic damages as the law allows, at the maximum allowable rate; and

    d)  For such other and further relief as the Court deems just and equitable.

DATED this 19th day of January, 2023.

BECKER FRANKLIN ROVANG, PLLC

*/s/ John C. Kauffman*

JOHN C. KAUFFMAN, WSBA #46261
Of Attorneys for Plaintiffs

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 3

**BECKER FRANKLIN ROVANG, PLLC**
1730 Pottery Avenue, Suite 210
Port Orchard, WA 98366
TEL: (360) 876-4800 FAX: (360) 602-0479