1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
9  AT SEATTLE

10

| 11 | CHARLOTTE ROSTED, an individual, | CASE NO. 2:23-cv-00521-TL |
|---|---|---|
| 12 | Plaintiff, | ORDER ON CONSOLIDATION |
| 13 | v. | |
| 14 | SCHINDLER ELEVATOR CORPORATION, a foreign profit corporation, AND "John Doe" Corporations 1–10, inclusive and all predecessors and successors of John Doe Corporations, 1–10 inclusive, statutory or otherwise including trustees of dissolved corporations, | |
| 17 | Defendants. | |

19

20   This matter is before the Court on the Parties' Stipulated Motion to Consolidate Cases

21 (Dkt. No. 13). Having reviewed the court file, the Court GRANTS the motion. The case *Charlotte*

22 *Rosted v. Port of Seattle*, Cause No. 2:23-cv-00525-TL, is hereby CONSOLIDATED with *Charlotte*

23 *Rosted v. Schindler Elevator Corporation*, Cause No. 2:23-cv-00521-TL.

24

The Court further:

(1) ORDERS all future filings be made only in *Charlotte Rosted v. Schindler Elevator Corporation*, Cause No. 2:23-cv-00521-TL.

(2) DIRECTS the Clerk to file a copy of this Order in Cause No. 2:23-cv-00525-TL.

(3) DIRECTS the Clerk to administratively close the case *Charlotte Rosted v. Port of Seattle*, Cause No. 2:23-cv-00525-TL.

Dated this 18th day of May 2023.

Tana Lin
United States District Judge